**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Dorothy COCHRAN, Defendant–
Appellant.**

No. 07–13309
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 23, 2008.

E. Vaughn Dunnigan, E. Vaughn Dunnigan, P.C., Atlanta, GA, for Defendant–Appellant.

Byung J. Pak, Amy Levin Weil, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

E. Vaughn Dunnigan, Esq., appointed counsel for Dorothy Cochran, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsels' assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED,** and Cochran's conviction and sentence are **AFFIRMED.**